# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED
Scott L. Poff, Clerk
United States District Court

By casbell.at 4:41 pm, Mar 15, 2017

DELWIN BERRY,  *
                *
        Plaintiff,  *        CIVIL ACTION NO.: 5:16-cv-113
                *
    v.          *
                *
HOMER BRYSON; WILLIAM  *
DANFORTH; EDWINA JOHNSON; and  *
AMMOS TAYLOR,  *
                *
        Defendants.  *

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's February 14, 2017, Report and Recommendation, dkt. no. 21, to which Objections have been filed, dkt. no. 22. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Plaintiff's Objections. The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this ___15___ day of ___March___, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)